125 WEST 45TH ST. RESTAURANT CORP. v. FRAMAX REALTY CORPORATION. JACOB R. SCHIFF. ROYCE REALTY CORP. and NEW YORK REALTY OPERATORS, INC.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars

costs, with leave to the impleaded defendants to plead or otherwise move to the third amended answer of the defendant Framax Realty Corporation within ten days after service of order with notice of entry thereof. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.